# Declaration of Kendrick S. Rodgers

I, Kendrick S. Rodgers, TDOC #375700, pursuant to 28 U.S.C. 1746, declare under penalty of perjury that the following is true and correct based on my personal knowledge:

1. I am over the age of 18 and mentally competent.

2. I am on direct appeal in my criminal case and had a deadline of March 14, 2025 to file my Rule 11 application with the Tennessee Supreme Court.

3. I was not represented by counsel, could not afford to hire an attorney, have little knowledge of legal matters, and did not know how to prepare a Rule 11 application.

4. I obtained my GED while incarcerated; I have no college degrees, and have never represented myself in court or prepared my own legal pleadings.

5. I had asked the inmate legal aide in the library for help, and he told me he could not help prepare, research or write my Rule 11 application. There was only one legal aide.

6. I asked other inmates in my pod (25A) for help, and the only inmate who did legal work and agreed to help me was Alex Friedmann #135616. Due to the approaching deadline of March 14, 2025, I lacked any other options for filing my Rule 11 application.

7. Mr. Friedmann did not request my payment or compensation for assisting me.

8. Mr. Friedmann prepared my Rule 11 application for me; I printed it in the library on March 12, 2025 and mailed it the next day, one day before the deadline.

9. Had Mr. Friedmann not agreed to help me on short notice — I had asked him for help on or about March 6, 2025 — I would not have been able to prepare and file my Rule 11 application in time.

10. When I printed my Rule 11 application on March 12, 2025, the library officer, Brent Kremnitzer, said he would charge Mr. Friedmann with a disciplinary offense for helping me with my legal work, even though both I and Mr. Friedmann told him I had a short deadline and no other options.

Signed this 23rd day of March, 2025.

_Kendrick Rodgers_
Kendrick S. Rodgers

Case 3:26-cv-00258   Document 1-6   Filed 03/06/26   Page 1 of 1 PageID #: 55

TIMOTHY STEPHENSON