IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ALEXANDER FRIEDMANN, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )      NO. 3:26-cv-00258 |
| | ) |
| FRANK STRADA, | ) |
| BRETT COBBLE, | ) |
| BRENT KREMNITZER, | ) |
| ARIEL MACE, | ) |
| | ) |
| **Defendants.** | ) |

## JOINT MOTION FOR LEAVE TO
## DEPOSE INCARCERATED INDIVIDUALS

Plaintiff and Defendants jointly move the Court for leave to take the depositions of certain incarcerated individuals in preparation for the upcoming preliminary injunction hearing in this matter.

## LEGAL STANDARD

A party may depose another party without leave of court in most circumstances. *See* Fed. R. Civ. Pro. 30(a)(1). However, "[a] party must obtain leave of court, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (2) . . . if the deponent is confined in prison." *Id.* at 30(a)(2); (a)(2)(B).

## ANALYSIS

The following individuals are inmates in the custody of the Tennessee Department of Correction ("TDOC"), housed at Bledsoe County Correctional Complex (BCCX):

- Alexander Friedmann, TDOC # 135616
- Billy Bridges, TDOC # 490591

- Donavan Daniel, TDOC # 316029
- William Andrews, TDOC # 641434
- Reginald Jenkins, TDOC # 447635
- Harold Hempstead, TDOC # 577366
- Michael May, TDOC # 639276
- Timothy Stephenson, TDOC # 448097 and
- Shane Parks, TDOC # 576060

The parties therefore require leave from the Court to conduct their depositions. Fed. R. Civ. Pro. 30(a)(2)(B). The Court should grant the requested leave because these individuals possess discoverable information identified by Rule 26(b)(1) and not excluded by Rule 26(b)(2), and relevant to the upcoming preliminary injunction hearing.

## RELIEF REQUESTED

The parties seek an order from this Court allowing the taking of the requested depositions so that such an order may be produced to any necessary prison administrators to facilitate the scheduling of the depositions. The parties respectfully request that the Court's order provide the following:

1. The parties may take the deposition of the following inmates at a time mutually agreed upon by the parties and BCCX authorities:

- Alexander Friedmann, TDOC # 135616
- Billy Bridges, TDOC # 490591
- Donavan Daniel, TDOC # 316029
- William Andrews, TDOC # 641434
- Reginald Jenkins, TDOC # 447635
- Harold Hempstead, TDOC # 577366
- Michael May, TDOC # 639276
- Timothy Stephenson, TDOC # 448097 and
- Shane Parks, TDOC # 576060

2. The depositions may proceed at BCCX and/or take place via video conference;

3. The depositions may be recorded by videographic and stenographic means.

Respectfully Submitted,

s/ Christopher Smith
CHRISTOPHER SMITH (BPR# 033450)
DOMINICK R. SMITH (BPR# 028783)
DAVID, RANDOLPH, SMITH & ASSOCIATES
1913 21st Ave. S.,
Nashville, Tennessee 37212
Phone: 615-742-1775
Fax: 615-742-1223
csmith@drslawfirm.com
Counsel for Plaintiff


JONATHAN SKRMETTI
Attorney General and Reporter

s/ Donna L. Green
DONNA L. GREEN (BPR# 019513)
Managing Attorney/ Sr. Asst. Atty. General
BENJAMIN OWEN (BPR# 041453)
Assistant Attorney General
Law Enforcement and
Special Prosecutions Division
P.O. Box 20207
Nashville, TN 37202-0207
(615) 532-2551
Donna.green@ag.tn.gov
Benjamin.owen@ag.tn.gov
Counsel for Defendants

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and exact copy of the foregoing was served by operation of the Court's electronic filing system (ECF) on this the 5th day of August 2026, upon:

Christopher Smith
Dominick R. Smith
DAVID, RANDOLPH, SMITH & ASSOCIATES
1913 21st Ave. S.,
Nashville, Tennessee 37212
Phone: 615-742-1775
Fax: 615-742-1223
csmith@drslawfirm.com

s/_Donna L. Green_____
DONNA L. GREEN